815 So.2d 842 (2002)
Morris EMERY and Emma Sylvester-Emery; Clifford Wayne Bendily and Mary Agnes Bendily; John Carl Meyers and Alvie Eloise Meyers; Joe O'Connor and Ollie Ruth O'Connor; and Leonise Rodrique Villnerve
v.
OWENS-CORPORATION; Pittsburgh Corning Corporation; Garlock, Inc.; Crown Cork and Seal Company, Inc.; Rock Wool Manufacturing Company; M.H. Detrick Company; Exxon Corporation; et al.
No. 2002-C-0635.
Supreme Court of Louisiana.
May 10, 2002.
*843 Denied.